**R & L INVESTMENT PROPERTY,
L.L.C., Plaintiff–Appellee**

v.

**Guy HAMM; Joyce Hamm,
Defendants–Appellants.**

No. 12–10650.

United States Court of Appeals,
Fifth Circuit.

June 19, 2013.

Jeff M. Meyerson, Meyerson Cagle, P.C., Austin, TX, for Plaintiff–Appellee.

Gregory P. Standerfer, Standerfer Law Firm, Southlake, TX, for Defendants–Appellants.

Before STEWART, Chief Judge, and BENAVIDES and HIGGINSON, Circuit Judges.

---

PER CURIAM: *

AFFIRMED. *See* Fifth Cir. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.